UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF THE STATE OF NEW YORK

ATTORNEY(S) BELLANTONI LAW FIRM, PLLC   PH: (914) 367-0090  
2 OVERHILL ROAD, SUITE 400 SCARSDALE, NY 10583 |

Civil Action No.: 23 Civ 7460  
Date Filed:  
Court/Return Date:

CHARLES MILLS, CRAIG SOTOMAYOR, and BRADEN HOLLIDAY

vs

NEW YORK CITY, NEW YORK

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

**AFFIDAVIT OF SERVICE**

Pedro J. Rodriguez, being sworn says:

Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **August 31, 2023**, at **10:40 AM** at **100 Church Street, New York, NY 10007**, Deponent served the within **Summons in a Civil Action, Complaint and Civil Cover Sheet**

On: New York City, New York, therein named, (hereinafter referred to as "subject").

☒ **#1 ENTITY/CORPORATION/LLC/LLP**  
By delivering to and leaving with **Sarah Jean-Charles** said individual to be **Docketing Agent** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#2 MAILING**  
On , **service was completed by mailing a true copy of the above stated document(s) to New York City, New York** at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#3 DESCRIPTION**  
Sex: Female   Color of skin: Brown   Color of hair: Black   Age: 25 - 35 Yrs.  
Height: 5ft 4in - 5ft 8in   Weight: 160-200 Lbs.   Other Features: Eye glasses

☐ **#4 WITNESS FEES**  
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#5 MILITARY SERVICE**  
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☒ **#6 OTHER**  
At One Centre St., Charles Smith advised me that they do not accept Summons and Complaints at this address. Service must be done at 100 Church St.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

Sworn to before me on September 1, 2023

Edward F. Sitler Jr.  
Notary Public, State of New York  
No.01SI6412884  
Qualified in Westchester County  
Commission Expires January 11, 2025

Client's File No.:

Process Server, Please Sign  
Pedro J. Rodriguez  
Lic# 2024701  
Job #: 2007688

STATES PROCESS SERVING COMPANY, 13 TAYLOR AVENUE, CORTLANDT MANOR, NY 10567