UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHARLES MILLS, CRAIG SOTOMAYOR,
BRADEN HOLLIDAY,

                       Plaintiffs,               Case No.: 23 Civ. 7460

     -against-

NEW YORK CITY, New York,

                       Defendant.
------------------------------------------------------------------x

     Amy L. Bellantoni, an attorney duly admitted to practice law in the courts of the State of New York, affirms the following pursuant to CPLR § 2106:

     I am over the age of eighteen years of age, I am not a party to this proceeding, and I reside in Westchester County, New York. On September 1, 2023, I served a true copy of the Summons, Complaint, and Civil Cover Sheet in the above-captioned matter by electronic mail to the addressee(s) as indicated below, on consent (see attached):

To:     New York City Law Department
          serviceecf@law.nyc.gov

The foregoing statement is made under the penalty of perjury.

Dated: Scarsdale, New York
       September 1, 2023

                                                   By:    *Amy L. Bellantoni*
                                                         Amy L. Bellantoni, Esq.
                                                         Attorney for Plaintiffs
                                                         2 Overhill Road, Suite 400
                                                         Scarsdale, New York 10583

| | |
|---|---|
| **From:** | ServiceECF (Law) |
| **To:** | Amy L. Bellantoni |
| **Subject:** | Proof of service receipt |
| **Date:** | Friday, September 1, 2023 12:47:15 PM |

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

<u>Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.</u>

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.