UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHARLES MILLS, CRAIG SOTOMAYOR, and BRADEN HOLLIDAY,

                                      Plaintiffs,     **NOTICE OF APPEARANCE**

            -against-                                23 CV 7460 (PAC)(OTW)

NEW YORK CITY, New York,

                                      Defendant.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Nicholas R. Ciappetta, appears as counsel for Defendant CITY OF NEW YORK, and requests to receive notice of all docket events via the Electronic Case Filing system.

        I certify that I am admitted to practice before this Court.

Dated:        New York, New York
                 September 18, 2023

                                          Respectfully Submitted,

                                          HON. SYLVIA O. HINDS-RADIX
                                          Corporation Counsel of the City of New York

                                          *Attorney for Defendant*

                                          100 Church Street
                                          New York, New York 10007
                                          (212) 356-4036
                                          nciappet@law.nyc.gov

                         By:   _____
                                    NICHOLAS R. CIAPPETTA
                                    Assistant Corporation Counsel