UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CHARLES MILLS, CRAIG SOTOMAYOR, and
BRADEN HOLLIDAY,

                        Plaintiffs,

    - against -

NEW YORK CITY, New York,

                        Defendant.

23 CV 7460
(PAC)(OTW)

------------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of Motion to Dismiss the Complaint, dated December 8, 2023, the Declaration of Nicholas R. Ciappetta, dated December 8, 2023, and upon the Complaint and all prior papers and proceedings herein, the undersigned will move this Court before the Honorable Paul A. Crotty at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure granting Defendant's motion to dismiss the Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the briefing set by the Court at the October 31, 2023 conference, Plaintiffs must serve opposition papers by no later than January 8, 2024 and Defendant must serve reply papers, if any, by no later than January 22, 2024.

- 2 -

Dated:    New York, New York
             December 8, 2023

                        HON. SYLVIA O. HINDS-RADIX
                        Corporation Counsel of the
                           City of New York
                        Attorney for Defendant
                        100 Church Street
                        New York, New York 10007
                        (212) 356-4036

                    By:    /s/ Nicholas R. Ciappetta
                              Nicholas R. Ciappetta
                              Assistant Corporation Counsel