

January 3, 2024

**VIA ECF**

Hon. Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    *Mills v. New York City,*  23 Civ. 7460 (PAC)(OTW)

Dear Judge Crotty,

    I represent the plaintiffs, Charles Mills, Craig Sotomayor, and Braden Holliday, in the above-referenced matter. I write to request an extension of time to submit the plaintiffs' opposition to New York City's motion to dismiss.

    Defendant's counsel consents to this request; no previous request has been made by the plaintiffs. The reason for the request is illness.

    The scheduled date for the plaintiffs' submission is Monday, January 8, 2024. If this request is granted, the plaintiffs will submit their opposition on January 22, 2024 and the defendant will submit its reply on February 5, 2024.

    Thank you for the Court's consideration.

Very truly yours,

*Amy L. Bellantoni*
Amy L. Bellantoni


cc: Nicholas Ciappetta (via ECF)


2 Overhill Road, Suite 400　　　info@bellantoni-law.com　　　(914) 367-0090 (t)
Scarsdale, New York 10583　　　www.bellantoni-law.com　　　(888) 763-9761 (f)