# A Compendious Dictionary of the English Language

*A facsimile of the first (1806) edition*

## Noah Webster

*with an Introduction by* PHILIP B. GOVE
Editor in Chief
*Webster's Third New International Dictionary*

*A chronology of major dictionaries edited by Noah Webster and Merriam-Webster*

| | |
|---|---|
| A COMPENDIOUS DICTIONARY OF THE ENGLISH LANGUAGE | *1806* |
| AN AMERICAN DICTIONARY OF THE ENGLISH LANGUAGE | *1828* |
| AN AMERICAN DICTIONARY OF THE ENGLISH LANGUAGE *Second Edition* | *1840* |
| AN AMERICAN DICTIONARY OF THE ENGLISH LANGUAGE *New Revised Edition* | *1847** |
| AN AMERICAN DICTIONARY OF THE ENGLISH LANGUAGE *Royal Quarto Edition, Unabridged* | *1864* |
| WEBSTER'S INTERNATIONAL DICTIONARY | *1890* |
| WEBSTER'S NEW INTERNATIONAL DICTIONARY | *1909* |
| WEBSTER'S NEW INTERNATIONAL DICTIONARY *Second Edition* | *1934* |
| WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY | *1961* |

---

| | |
|---|---|
| WEBSTER'S COLLEGIATE DICTIONARY | *1898* |
| WEBSTER'S COLLEGIATE DICTIONARY, *Second Edition* | *1910* |
| WEBSTER'S COLLEGIATE DICTIONARY, *Third Edition* | *1916* |
| WEBSTER'S COLLEGIATE DICTIONARY, *Fourth Edition* | *1931* |
| WEBSTER'S COLLEGIATE DICTIONARY, *Fifth Edition* | *1936* |
| WEBSTER'S NEW COLLEGIATE DICTIONARY, *Sixth Edition* | *1949* |
| WEBSTER'S SEVENTH NEW COLLEGIATE DICTIONARY | *1963* |

*Following Noah Webster's death in 1841, George and Charles Merriam obtained exclusive publishing rights to Webster's American Dictionary copyrighted in 1840, which was Webster's last and most comprehensive work, together with exclusive rights to publish revisions and abridgments. They published the first Merriam-Webster dictionary in 1847.

WDNY
SON ROOSA

*A facsimile of the first (1806) edition*

# A Compendious Dictionary of the English Language

## Noah Webster

*with an Introduction by* PHILIP B. GOVE
Editor in Chief
*Webster's Third New International Dictionary*

This is a precise copy of Noah Webster's first dictionary, representing the author's earliest attempt to create for general use a concise listing of five thousand common words, a majority of which were omitted in other lexicons of his day.

Noah Webster was a natural linguist and a born definer of words. The Preface to this volume displays his remarkable grasp of the nature of language. Self-taught in more than twenty languages, Webster theorized about the origin, history, and relation of various tongues, reaching this conclusion: "English, like every living language, is in a state of progression, as rapid now as at any former period; even more rapid, than before the great Dr. Johnson flattered himself that he might fix the language and put a stop to alterations.... It is fruitless to attempt to fix that which is in its

*(continued on back flap)*

*Portrait of Noah Webster*
© G. & C. MERRIAM CO.,
PUBLISHERS OF THE MERRIMAN-WEBSTER DICTIONARIES

Be
Happ
alw

Ab'negate, v. t. to deny, difown, refufe
Abnodátion, n. a cutting excrefcences from trees
Abnor'mity, n. deformity, irregularity
Abnor'mous, a. out of rule or order, irregular
Abóard, ad. in a fhip, fafe, fecure, at eafe
Abóde, n. a habitation, ftay, continuance, delay
Abóde, v. t. to prognofticate, forefhow, ob.
Abódement, n. a fecret anticipation, a prefage, ob.
Abol'ifh, v. t. to deftroy, repeal, make void
Abol'ifhable, a. that may be deftroyed
Abol'ifher, n. a perfon that abolifhes or deftroys
Abol'ifhment, Aboli''tion, n. the act of repealing
Abom'inable, a. deteftable, very hateful, abhorred
Abom'inablenefs, n. extreme odioufnefs
Abom'inably, ad. very hatefully, odioufly
Abom'inate, v. t. to hate, loathe, abhor, deteft
Abominátion, n. an object of hatred, a pollution
Abori''ginal, a. firft or primitive
Abori''ginals, n. pl. firft or primitive inhabitants
Abor'tion, Abort'ment, n. a mifcarriage in women
Abor'tive, a. untimely, unfuccefsful; n. a vellum
Abor'tivenefs, n. the ftate of being abortive
Abound', v. i. to have in plenty, or be in plenty
Abound'ing, pa. plentiful, increafing [ry way
About', pr. near to, concerning; ad. around, eve-
Above', [abuv] pr. higher, more; ad. overhead
Above'board, ad. without referve or artifice
Abovecited, a. cited before, mentioned before
Above'ground, ad. alive, living, not in the grave
Above'mentioned, a. mentioned above or before
Abráde, v. t. to rub or fcrape off, to grate
Abráfion, n. a rubbing, wearing or fcraping off
Abreaft', ad. fide by fide, on a line with, oppofite
Abridge', v. t. to contract, fhorten, deprive
Abridg'ed, pa. fhortened, deprived of
Abridg'er, n. a perfon that fhortens or contracts
Abridg'ment, n. a work abridged or fhortened
Abróach, ad. in readinefs to run or come out
Abroád, [abrawd] ad. out, out of doors, in another country
Ab'rogate, v. t. to repeal, annul, abolifh
Abrogátion, n. the act of repealing [nected
Abrupt', a. fudden, hafty, broken, rough, uncon-
Abrup'tion, n. a violent and fudden feparation
Abrupt'ly, ad. fuddenly, unfeafonably, roughly
Abrupt'nefs, n. great hafte, fuddennefs, roughnefs
Ab'fcefs, n. a fwelling or cavity containing matter
Abfcind', v. t. to cut off, pare off, rend off or away
Abfci''fion, n. the act of cutting or rending off

Abfolve', v. t. to ...
Ab'folute, a. not limited, ...
Ab'folutely, ad. pofitively, arbitrarily, ...
Ab'folutenefs, n. pofitivenefs, arbitrarinefs, ...
Abfolútion, n. forgivenefs, a pardoning ...
Ab'folutory, a. tending to abfolve ...
Ab'fonant, Ab'fonous, a. abfurd, foolifh ...
Abforb', v. t. abforbed, pret. abforbed, ...
pa. to fuck up, fwallow up, wafte
Abforbabil'ity, n. capacity of being abforbed
Abforb'able, a. that may be imbibed ...
Abforb'ent, a. fucking up, drying up ...
Abforb'ent, n. a veffel or fubftance which ...
Abforp'tion, n. the act of fwallowing ...
Abforp'tive, a. abforbing, tending to ...
Abftáin, v. i. to forbear, refrain, deny ...
Abftémious, a. temperate in diet
Abftémioufly, ad. temperately
Abftémioufnefs, n. temperance in diet
Abfterge' or Abfterfe', v. t. to cleanfe ...
Abfter'gent or Abfter'five, a. cleanfing ...
Abfter'fion, n. the act of cleanfing or wiping
Ab'ftinence, n. a refraining from, temperance
Ab'ftinent, a. refraining from, temperate
Abftract', v. t. to feparate, remove, ...
Ab'ftract, n. an abridgement, a fummary
Ab'ftract, a. abftracted, feparated, pure
Abftract'ed, pa. feparated, abftrufe, abfent
Abftract'edly, Ab'ftractly, ad. fimply, by itfelf
Abftract'ednefs, n. an abftracted ftate
Abftrac'tion, n. a drawing from, a feparation of ideas, withdrawing from the world
Abftrúfe, a. difficult to be underftood, ...
Abftrúfely, ad. obfcurely, not plainly, ...
Abftrúfenefs, n. obfcurity of meaning
Abfurd', a. contrary to reafon, foolifh, ...
Abfurd'ity, n. unreafonablenefs, inconfiftency
Abfurd'ly, ad. unreafonably, inconfiftently
Abfurd'nefs, n. abfurdity, inconfiftency
Abun'dance, n. great plenty, great ...
Abun'dant, a. plentiful, abounding ...
Abun'dantly, ad. plentifully, perfectly ...
Abúfe, [abuze] v. t. to treat ill, ...
Abúfe, n. the ill ufe of any thing, ...
Abúfed, pa. ufed ill, treated roughly ...
Abúfer, n. one that ufes another ...
Abúfive, a. conveying abufe, ...
Abúfively, ad. in an abufive manner ...
Abúfivenefs, n. ill ufage, bad language ...
Abut', v. i. to border upon, join ...

Abut'ment, ...
as the folid part of a ...
... n. pl. bounda...
Abyfm' or Abyfs', n. a b...
Abyffin'ian, n. a native ...
Abyffin'ian, a. pertainin...
Aca'cia, n. a plant, the ...
Académian, Academ'ic...
mift, n. a ftudent at, ...
Academ'ic, Academ'ic...
Academ'ic, n. a Platoni...
Acad'emy, n. a fchool ...
Acal'tapon, n. a Mexic...
Acanácious, a. prickly, ...
Acan'thias, n. a fifh wh...
Acanth'ine, a. pertainin...
Acanth'us, n. the herb ...
its leaves in building ...
Ac'arus, n. an infect inf...
Acatalec'tic, n. a verfe ...
Acatalep'tic, a. very my...
Accéde, v. i. to come ...
Accel'erate, v. t. to haf...
Accel'erated, pa. hafte...
Accelerátion, n. a hafte...
Accend', v. t. to light, ...
Accen'fion, n. the act ...
Ac'cent, n. a mark on a ...
Accent', v. t. to note t...
Accent'ual, a. relating t...
Accentuátion, n. a pla...
Accept', v. t. to take, ...
Accept'able, a. agreeab...
Accept'ably, ad. pleafin...
Accept'ance, n. appro...
bill of exchange fo ...
Acceptátion, Accep'tio...
Accept'er, n. one who ...
Accefs', n. admiffion, ...
of approach, invafio...
Accefs'ary, a. contribut...
Accefs'ible, a. that m...
Acceffibil'ity, n. the fta...
Acce''fion, n. the act ...
Ac'ceffory, n. one who ...
Ac'cidence, n. a book o...
Ac'cident, n. a proper...
comes to pafs witho...
Accident'al, a. cafual, ...
Accident'ally, ad. by c...
Accipenfers, n. a ge...
the fturgeon, ruther...
Accip'iters, n. an orde...
Acclaim, Acclamátion ...
Accliv'ity, n. the afcen...
Accloy', v. t. to cloy, ...
Accom'modable, a. th...
Accom'modate, v. t. ...
Accom'modate, a. fui...

Influen'tial, a. flowing or running into, power over, or above, bias
Influen'za, n. an epidemic cold or catarrh
In'flux, n. the act of flowing in, increase, power
Infōld, v. t. to involve, inwrap, inclose, fold up
Infóliate, v. t. to cover or spread with leaves
Inform', v. t. to tell, acquaint, accuse, animate
Inform', a. unshapen, shapeless, ugly, uncouth
Inform'al, a. informing, accusing, irregular, loose
Informal'ity, n. want of form or technical manner
Inform'ant, Inform'er, n. one who informs
Informátion, n. intelligence, notice, a charge
Inform'idable, a. not to be feared or dreaded
Inform'ity, n. shapelessness, irregularity, ugliness
Inform'ous, a. shapeless, irregular, rough, strange
Infor'tunate, a. unlucky, unhappy, miserable
Infract', v. t. to break, crush, violate
Infrac'tion, n. the act of breaking, a violation
Inframund'ane, a. lying or set beneath the world
Infran'gible, a. not to be broken, durable, firm
Infrēquency, n. uncommonness, strangeness
Infrēquent, a. rare, unusual, uncommon, strange
Infri''gidate, v. t. to chill, cool, make cold, ob.
Infrigidátion, n. the act of chilling or cooling, ob.
Infringe', v. t. to violate, break, transgress
Infringe'ment, n. a violation, breach, transgression
Infrin'ger, n. a violator, breaker, transgressor
In'fucate, v. t. to paint, paint the face, daub over
Infundibúliform, a. shaped like a funnel
Infúriate, v. t. to enrage, to make mad or furious
Infúriate, a. like a fury, mad, raging, enraged
Infusc'ate, v. t. to make black, blacken, darken
Infúse, v. t. to pour in, put, steep, tincture, inspire
Infúsible, a. that may be infused, that cannot be fused or made liquid (ving power of heat
Infusibil'ity, n. the quality of resisting the dissolving power of heat

Braze, *v.t.* to cover or ſolder with braſs (ink

Brázen, *a.* made of braſs, impudent, bold, daring

Brázen, *v.i.* to bully, be impudent, ſtand out

Brázenface, *n.* a bold impudent wretch, a bold girl

Brázenfaced, *a.* impudent, ſhameleſs, very bold

Brázenneſs, *n.* a brazen quality, great boldneſs

Breach, *n.* an opening, gap, difference, quarrel, violation, invaſion, bruiſe, affliction by a loſs

Bread, *n.* food made of flour or meal, proviſions in general

Bread'corn, *n.* any corn of which bread is made

Bread'leſs, *a.* deſtitute of bread, or food

Bread'tree, *n.* a tropical tree, whoſe fruit is food

Breadth or Bredth, *n.* meaſure from ſide to ſide

Break, *v.* brake, broke, *pret.* broken, broke, *pa.* to part by force, daſh to pieces, tame, become a bankrupt, ruin, fall out, violate, dawn as the day, caſhier, decline in ſtrength

Break, *n.* an opening, breach, failure, pauſe, line

Breákage, *n.* a breaking or allowance for things broke

Break'er, *n.* one that breaks, a large wave, a rock

Break'faſt, *v.i.* to eat the morning's meal

Break'faſt, *n.* the firſt meal in the day

Bream, *n.* a kind of coarſe fiſh

Bream, *v.t.* to cleanſe a ſhip's bottom by fire

Breaſt, *n.* a part of the body, conſcience, the heart

Breaſthigh, *a.* high as or reaching up to the breaſt

Breaſt'knot, *n.* a knot of ribands worn on the breaſt

Breaſt'plate, *n.* armor for the breaſt

Breaſt'plow, *n.* a ſmall plough driven by the (breaſt

Breaſt'work, *n.* a parapet as high as the breaſt

Breath, *n.* life, air reſpired, a breeze, reſpit, reſt, eaſe, ſingle moment, inſtant

Breathe, *v.* to reſpire, live, take breath or reſt, move as air, exhale, give vent, utter ſilently, make to ſound

Bréathing, *n.* a drawing breath, prayer, reſpit, run

Breath'leſs, *a.* out of breath, hurried, dead

Brec'cia, *n.* a ſtone conſiſting of fragments aggle-

Bréviat, *n.* a Romiſh prieſt's office...

Brevier, *n.* a ſmall ſort of printing...

Brev'ity, *n.* ſhortneſs, conciſeneſs...

Brew, *v.* to make liquors, plot, contrive...

Brew'er, *n.* one who brews, one who...

Brew'ery, *n.* a houſe and apparatus...

Brew'houſe, *n.* a houſe or place for...

Brew'ing, *n.* the act of making malt... liquor brewed, a plotting

Briárean, *a.* like Briáreus the giant...

Bribe, *n.* a gift to pervert the judgment...

Bribe, *v.t.* to gain or corrupt by gifts...

Bríber, *n.* one that gives bribes...

Bríbery, *n.* the act or crime of bribing...

Brick, *n.* clay with ſand and water... mold, a loaf like a brick

Brick, *v.t.* to lay, form, or wall up...

Brick, *a.* made or built of brick

Brick'bat, *n.* a broken piece or part of...

Brick'duſt, *n.* duſt made by pounding...

Brick'ing, *n.* imitation of a brick wall...

Brick'kiln, *n.* a kiln uſed for burning...

Brick'layer, *n.* a maſon, a worker in...

Brick'maker, *n.* one who makes...

Brick'y, *a.* like a brick

Brídal, *n.* a marriage-feaſt; *a.* belonging...

Bride, *n.* a new-married woman...

Brídebed, *n.* a marriage-bed,

Brídecake, *n.* cake given to gueſts...

Brídegroom, *n.* the name of a new-...

Brídemaid, *n.* a woman who attends... marriage

Brídewell, *n.* a houſe of correction...

Bridge, *n.* a building to paſs over water... part of the noſe or of a violin

Bridge, *v.t.* to form a bridge over...

Bridle, *n.* an inſtrument to guide...

Bridle, *v.* to put on a bridle, reſtrain...

Brídlehand, *n.* the left or better hand...

Brief, *n.* ſhort extract or inſtruction...

...concife, narrow...

Tranſcript'ively, ad. in the manner of or by a copy
Tranſcur', v. to run to and fro, rove, ob.
Tranſcur'ſion, n. a paſſing beyond limits, a ramble
Tranſduc'tion, n. the act of conveying over
Tranſelementátion, n. a change of elements, ob.
Tranſex'ion, n. a change of ſex or nature, ob.
Transfer', v. t. to make over, remove, tranſport
Trans'fer, n. the act of making over to another
Transfer'rable, a. that may or can be transferred
Transferreé, n. he to whom a transfer is made
Transfigurátion, n. a change of form, a change
Transfig'ure, v. t. to transform, to change the (ſhape
Transfix', v. t. to pierce through, to kill
Transform', v. to change the ſhape, to be changed
Transformátion, n. a change of form or ſtate
Transfretátion, n. a paſſage made over a ſea, ob.
Transfúſe, v. t. to pour into another, to change
Transfúſion, n. the act of pouring into another
Tranſgreſs', v. to violate, break, offend, go beyond
Tranſgres"ſion, n. a violation, offenſe, ſin, crime
Tranſgreſs'ive, a. apt to break laws, guilty
Tranſgreſs'or, n. a lawbreaker, offender, ſinner
Tranſhip', v. t. to carry from one ſhip to another
Tranſhip'ment, n. the act of transferring from one ſhip to another
Tran"ſient, a. ſoon paſt, very ſhort, momentary
Tran"ſiently, ad. with ſhort paſſage, ſlightly
Tranſil'ience, n. a leap from one thing to another
Trans'it, n. the paſſage by or over of a planet
Tranſi"tion, n. a paſſage, removal, change, leap
Trans'itive, a. having the power of paſſing over
Trans'itorily, ad. with a ſhort continuance
Trans'itory, a. conti...

of a croſ...
Tranſpáren...
Tranſpáren... through...
Tranſpierc...
Tranſpirát...
Tranſpíre,...
Tranſplác...
Tranſplan...
Tranſplan...
Tranſplan...
Trans'port... delight,...
Tranſpórt... carry o...
Tranſpórt...
Tranſpórt...
Tranſport...
Tranſpórt...
Tranſpóſ... place o...
Tranſpóſ...
Tranſpoſi...
Transſhá...
Tranſubſ...
Tranſubſ...
Tranſudá...
Tranſúde...
Tranſum...
Tranſvec...
Tranſver...
Tranſver...
Trans've...

Case 1:23-cv-07460-JSR Document 22-1 Filed 02/16/24 Page 8 of 8

Violáceous, *a.* refembling or like violets
Violate, *v. t.* to injure, hurt, infringe, ravifh, de-(flour
Violātion, *n.* an infringement, tranfgreffion, rape
Violator, *n.* one who violates, one who ravifhes
Violence, *n.* force, fury, outrage, injury, an attack
Violent, *a.* forcible, furious, outrageous, fharp
Violently, *ad.* with force or fury, vehemently, faft
Violet, *n.* a fweet-fmelling flower
Violin', *n.* a fweet mufical inftrument, a fiddle
Violift, *n.* one who plays upon the viol or violin
Violoncel'lo, *n.* a mufical inftrument
Viper, *n.* a ferpent, adder, mifchievous perfon or (thing
Viperine, Viperous, *a.* of or in quality like a viper
Virágo, *n.* a very bold refolute woman, a termagant
Virelay, *n.* a French poem of two rhymes only
Virent, *a.* green, verdant, unfaded, blooming
Virge, *n.* a dean's mace, a white rod or ftaff
Virg'ate, *a.* having many twigs
Vir'gin, *v. i.* to play the virgin, to be very coy
Vir'gin, *n.* a maid unacquainted with man, a fign
Vir'gin, *a.* maidenly, untouched, pure, unmingled
Vir'ginal, *n.* an old ftringed mufical inftrument, *ob.*
Vir'ginal, *a.* maiden, maidenly; *v. i.* to hit or (ftrike gently
Virgin'ity, *n.* maidenhood
Virgin'ia, *n.* one of the United States of America
Virgin'ian, *n.* a native of Virginia
Virgin'ian, *a.* belonging to Virginia
Vir'go, *n.* the virgin, a fign in the zodiac
Virid'ity, *n.* greennefs, verdure
Virile, *a.* manly, fuiting a man, bold, courageous
Viril'ity, *n.* manhood, the power of procreation
Vir'tual, *a.* effectual, powerful, equivalent, real