```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MILLS ET AL,                            :
     Plaintiffs,                        :
                                        :
          -v-                           :    23-cv-07460 (JSR)
                                        :
                                        :
NEW YORK CITY, NEW YORK                 :
                                        :
     Defendant.                         :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Before the Court is the opposed motion of defendant New York City to dismiss the complaint in the above-captioned case (ECF No. 13). The Court invited the parties to provide supplemental briefing in light of the Supreme Court's intervening decision in *United States v. Rahimi*, 144 S. Ct. 1889 (2024), and they did so (ECF Nos. 24, 25). After careful consideration, the Court grants defendant's motion to dismiss in full. A memorandum explaining the reasons for this ruling will issue in due course, at which time final judgment will be entered.

SO ORDERED.

Dated: New York, NY
       September 25, 2024

_____
JED S. RAKOFF, U.S.D.J.

1