**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MILLS et al,

                Plaintiffs,

   -against-                                          23 **CIVIL** 7460 (JSR)

                                                   **<u>JUDGMENT</u>**

NEW YORK CITY, NEW YORK

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the forgoing reasons stated in the Court's Opinion and Order dated December 4, 2024, , the Court hereby dismisses plaintiffs' complaint in full with prejudice.

**Dated:**  New York, New York

      December 5, 2024

                                                     **TAMMI M. HELLWIG
                                                     Clerk of Court**

                             **BY:**
                                                   _____
                                                        **Deputy Clerk**